# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Eddie Ramon Acedo,<br><br>Defendant. | No. CR-19-00611-002-TUC-JAS (BGM)<br><br>**ORDER** |

Before the Court is a Report and Recommendation issued by United States Magistrate Judge Macdonald (Doc. 196) that recommends granting the government's Petition to Revoke Supervised Release (Doc. 182). Judge Macdonald recommends dismissing Allegations A, B, and D of the government's Petition. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence. The Court has reviewed the record and concludes that Magistrate Judge Macdonald's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS ORDERED** as follows:

1. Magistrate Judge Macdonald's Report and Recommendation (Doc. 196) is **accepted and adopted**, including Judge Macdonald's finding that Defendant violated Standard Condition #5 (Allegation C).
2. Allegations A, B, and D of the Petition (Doc. 182) are **dismissed with prejudice**.

3. The remainder of the Petition (Doc. 182) is **granted**.

4. The probation department shall prepare a disposition report.

5. A final disposition hearing is set for **Wednesday, September 20, 2023** at **2:00pm** before Judge James A. Soto in Courtroom 6A.

Dated this 22nd day of August, 2023.

Honorable James A. Soto
United States District Judge